# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 65

In the Interest of F.M.G.

Eduardo P. Yabut, MD,                                  Petitioner and Appellee

v.

F.M.G.,                                             Respondent and Appellant

## No. 20210087

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Mark T. Blumer, Judge.

AFFIRMED.

Per Curiam.

Leo A. Ryan, Special Assistant Attorney General, Jamestown, ND, for petitioner and appellee; submitted on brief.

Andrew Marquart, Fargo, ND, for respondent and appellant; submitted on brief.

## Interest of F.M.G.
## No. 20210087

**Per Curiam.**

[¶1]  F.M.G. appeals from the district court's continuing treatment order. F.M.G. argues the court erred in finding clear and convincing evidence that she is mentally ill and a person requiring treatment. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
        Gerald W. VandeWalle
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte

1